NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

JASON RAMONE DAVIS, *Petitioner*.

No. 1 CA-CR 25-0295 PRPC

FILED 03-02-2026

Petition for Review from the Superior Court in Maricopa County
No. CR2019-128730-001
The Honorable Suzanne E. Cohen, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Jason Ramone Davis, San Luis
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Michael J. Brown, Judge Veronika Fabian, and Vice Chief Judge David D. Weinzweig delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**        Petitioner Jason Ramone Davis seeks review of the superior court's order dismissing his petition for post-conviction relief.  This is Davis's latest successive petition.

**¶2**        Absent an abuse of discretion or error of law, we will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is Davis's burden to show the superior court abused its discretion by denying his petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  Davis has not established an abuse of discretion.

**¶4**        We therefore grant review and deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:            JR